UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VEGAS GAME IMPORT/EXPORT S.A.S.,

                  Plaintiff,

              -against-

THE REPUBLIC OF ARGENTINA,

                  Defendant.
------------------------------------------------------------------X

06 Civ. 13084 (TPG)

RECEIVED MAR 5 - 2009 CHAMBERS OF JUDGE GRIESA

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Vegas Game Import/Export S.A.S. dismisses this action, with each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       January 21, 2009

By: _____
Andrea Boggio (boggio@stanfordalumni.org)

1150 Douglas Pike
Smithfield, RI 02917
(401) 232-6455

Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/09

SO ORDERED:
_____
Thomas P. Griesa
U.S.D.J.

3/5/09

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Jonathan I. Blackman (jblackman@cgsh.com)
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York  10006
(212) 225-2000

Attorneys for the Republic of Argentina

2